# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** ~~2:23 CR 138~~ |
| **Plaintiff,** | **JUDGE** ~~Marbley~~ |
| **vs.** | **INDICTMENT** |
| **DAVON LYN RAYFORD,** | **18 U.S.C. § 922(g)(1)** |
| | **18 U.S.C. § 924(a)(8)** |
| | **18 U.S.C. § 924(c)(1)(A)(i)** |
| **Defendant.** | **21 U.S.C. § 841(a)(1)** |
| | **21 U.S.C. § 841(b)(1)(C)** |
| | **FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Felon in Possession of a Firearm)**

1.  On or about February 23, 2023, in the Southern District of Ohio, the defendant,
**DAVON LYN RAYFORD,** knowing he had been previously convicted of a crime punishable
by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one
Glock model 19, 9mm pistol, bearing serial number BVHD958, said firearm having been shipped
and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### COUNT TWO
**(Possession with Intent to Distribute Controlled Substances)**

2.  On or about February 24, 2023, in the Southern District of Ohio, the defendant,
**DAVON LYN RAYFORD,** knowingly and intentionally possessed with the intent to distribute
a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers,
and salts of its isomers, a Schedule II controlled substance; a mixture or substance containing a

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as "fentanyl," a Schedule II controlled substance; a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of alprazolam, commonly referred to as "Xanax," a Schedule IV controlled substance.

**In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).**

## COUNT THREE
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

3. On or February 24, 2023, in the Southern District of Ohio, the defendant, **DAVON LYN RAYFORD,** knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, as alleged in Count Two of this Indictment, which is fully incorporated herein by reference.

**In violation of 18 U.S.C. § 924(c)(1)(A)(i).**

## COUNT FOUR
### (Felon in Possession of a Firearm)

4. On or about February 24, 2023, in the Southern District of Ohio, the defendant, **DAVON LYN RAYFORD,** knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Glock model 19, 9mm pistol, bearing serial number BVHD958, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION A

5.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

6.      Upon conviction of any offense alleged in this Indictment, the defendant, **DAVON LYN RAYFORD,** shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to, the following firearms and ammunition seized on or about February 24, 2023:

> a.      One Glock model 19, 9mm pistol, bearing serial number BVHD958; and
>
> b.      All associated ammunition.

**Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

7.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

8.      Upon conviction of any offense in violation of 21 U.S.C. § 841 as alleged in this Indictment, the defendant, **DAVON LYN RAYFORD**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including, but not limited to, the following property seized on or about February 24, 2023:

      a.      One Glock model 19, 9mm pistol, bearing serial number BVHD958;

      b.      All associated ammunition; and

      c.      Approximately $5094.00 in United States currency.

**Forfeiture notice in accordance with 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A True Bill.**

*s/Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorney**